Matthew W. Bauer
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
Attorneys for Plaintiff
Days Inns Worldwide, Inc.



JUDGE MARRERO

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, f/k/a DAYS INNS OF AMERICA, INC., | : : : | |
| Plaintiff, | : | 08-CV- 0027 |
| v. | : | ECF CASE |
| JBS INC., II a South Carolina Corporation; JONATHAN B. SMITH, an individual; and MARCI SINGLETON SMITH, an individual, | : : : | FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT |
| Defendants. | | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Days Inns Worldwide, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Wyndham Worldwide Corporation (WWC). Barrow, Hanley, Mewhinney and Strauss, Inc. currently own more than 10 percent of the common stock of WWC.

CONNELL FOLEY LLP
Attorneys for Plaintiff,
Days Inns Worldwide, Inc.

By: _____
MATTHEW W. BAUER

Date: December 27, 2007

Days Inns Worldwide, Inc., Site 4730
1887200-01