# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 08 CV 0027                                    Date Filed: _____

Plaintiff:
DAYS INN WORLDWIDE, INC, A DELAWARE CORPORATION, FKA AS DAYS INN OF AMERICA, INC

vs.

Defendant:
JBS, INC, II , A SOUTH CAROLINA CORPORATION, JONATHAN B SMITH, AN INDIVIDUAL AND MARCI SINGLETON SMITH, AN INDIVIDUAL

Received by KT Consultants to be served on **JONATHAN B SMITH, 243 DOGWOOD LANE, MYRTLE BEACH, SC 29572**.

I, Ken Thrasher, being duly sworn, depose and say that on the **26th day of January, 2008** at **8:38 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER, COMPLAINT, AND EXHIBITS A, B, C & D** with the date and hour of service endorsed thereon by me, to: **MARCI SMITH** as **WIFE** at the address of: **243 DOGWOOD LANE, MYRTLE BEACH, SC 29572**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Ken Thrasher
Process Server

Subscribed and Sworn to before me on the 26th day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission expires: FEBRUARY 21, 2017

KT Consultants
726 Racewater Dr.
Myrtle Beach, SC 29588
(843) 222-3309

Our Job Serial Number: 2008000030

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f