# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 08 CV 0027

Date Filed: _____

Plaintiff:
DAYS INN WORLDWIDE, INC, A DELAWARE CORPORATION, FKA AS DAYS INN OF AMERICA, INC

vs.

Defendant:
JBS, INC, II , A SOUTH CAROLINA CORPORATION, JONATHAN B SMITH, AN INDIVIDUAL AND MARCI SINGLETON SMITH, AN INDIVIDUAL

Received by KT Consultants to be served on **JBS, INC. II, 243 DOGWOOD LANE, MYRTLE BEACH, SC 29572**.

I, Ken Thrasher, being duly sworn, depose and say that on the **26th day of January, 2008** at **8:38 am, I**:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER, COMPLAINT, AND EXHIBITS A, B, C & D** with the date and hour of service endorsed thereon by me, to: **MARCI SMITH** as **OFFICER OF COMPANY** for **JBS, INC. II**, at the address of: **243 DOGWOOD LANE, MYRTLE BEACH, SC 29572**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____
Ken Thrasher
Process Server

Subscribed and Sworn to before me on the 26th day of January, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission expires: FEBRUARY 21, 2017

KT Consultants
726 Racewater Dr.
Myrtle Beach, SC  29588
(843) 222-3309

Our Job Serial Number: 2008000032

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f