UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
DAYS INNS WORLDWIDE, INC., a          :
Delaware Corporation, formerly        :
known as Days Inns of America, Inc.,  :
                                      :
                    Plaintiff,        :
                                      :        08 CIV 0027(VM)
                                      :
            - against -               :
                                      :          **ORDER**
JBS INC., II, a South Carolina        :
Corporation; JONATHAN B. SMITH,       :
an individual; and MARCI SINGLETON    :
SMITH, an individual,                 :
                                      :
                    Defendants.       :
------------------------------------ X

**VICTOR MARRERO, United States District Judge.**

All parties are advised that a conference before Judge Marrero has been scheduled for April 4, 2008 at 9:45 a.m.  This proceeding will take place in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:     New York, New York
           12 March 2008

                                        Victor Marrero
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08