UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JBS INC., II a South Carolina Corporation; JONATHAN B. SMITH, an individual; and MARCI SINGLETON SMITH, an individual,<br><br>Defendants. | Civil Action No. 08cv0027 (VM)<br><br>**SUPPLEMENTAL AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY   )
                     )SS:
COUNTY OF ESSEX      )

**BRYAN P. COUCH,** being duly sworn, according to law, upon his oath, deposes and says:

I am an attorney-at-law of the State of New Jersey and am an associate with the firm of Connell Foley LLP, attorneys for plaintiff Days Inns Worldwide, Inc. ("DIW"), in the above matter.

1.   By letter dated February 6, 2008 a copy of which is attached hereto as <u>Exhibit A</u>, a copy of the summons and complaint was sent via regular mail to Jonathan B. Smith.  Mr. Smith had contacted this office prior to that date and advised that he would accept service at the addresses listed on the attached letter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

CONNELL FOLEY LLP
Attorneys for Plaintiff,
Days Inns Worldwide, Inc.

By: _____
BRYAN P. COUCH

Dated: 3/19/08

# EXHIBIT A

# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM*
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. McAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. McBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. McGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF+
PATRICK J. HUGHES**
JAMES C. McCANN*
JOHN D. CROMIE
ANGELA A. IUSO*

GLENN T. DYER
CLARENCE SMITH, JR.—
WILLIAM T. McGLOIN*
BRENDAN JUDGE
DAREN S. McNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*
MARC D. HAEFNER
JONATHAN P. McHENRY
JAMES P. RHATICAN*+
MATTHEW W. BAUER*
JOSEPH C. DeBLASIO
BRAD D. SHALIT*

COUNSEL
JOHN W. BISSELL
JOHN B. LaVECCHIA
VIRGINIA M. EDWARDS*
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BERNARD M. HARTNETT, JR.*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
CHARLES J. HARRINGTON III+
STEVE BARNETT*
KARIN I. SPALDING*
JODI ANNE HUDSON*
CORNELIUS J. O'REILLY*
RICHARD A. JAGEN
NANCY A. SKIDMORE*
THOMAS M. SCUDERI*

ELIZABETH M. TRANTINA*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
W. NEVINS McCANN*
JASON E. MARX*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. McCARTHY
PATRICIA A. LEE*+
DOUGLAS J. SHORT*
ANTONIO CELI*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MICHAEL J. ACKERMAN*
MELISSA A. ZAWADZKI*
MEGHAN C. GOODWIN*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*

MATTHEW I. GENNARO
DANIELA R. D'AMICO*
DANIA M. BILLINGS*
RONAK R. CHOKSHI*
CHRISTINE I. GANNON*
JOSE VILARINO
PHILIP W. ALLOGRAMENTO III*
CATHERINE G. BRYAN+
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
MEGAN M. ROBERTS*
ANDREW C. SAYLES*
SARAH B. BLUMBERG+
STEPHEN D. KESSLER
ADAM M. LUSTBERG*
CHRISTOPHER ABATEMARCO*
AARON M. BENDER
WILLIAM D. DEVEAU*
ILONA KORZHA*
CONOR F. MURPHY
MEGHAN B. BARRETT*
MELISSA ASTUDILLO*
AMY TODD*
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI, JR.*
LEE B. WILSON

PLEASE REPLY TO ROSELAND, N.J.

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
—ONLY ADMITTED IN NEW YORK

WRITER'S DIRECT DIAL

February 6, 2008

*Via Regular Mail*
Jonathan B. Smith
228 North Front Street, Suite 101
Wilmington, North Carolina 28401

Jonathan B. Smith
977 Briarwood Drive
Myrtle Beach, South Carolina 29572

Re: Days Inns Worldwide, Inc. v. JBS Inc., II, a South Carolina Corporation, et al.
Civil Action No. 08-cv-0027

Dear Mr. Smith:

Pursuant to your recent telephone discussion with our office, enclosed is a copy of the Summons and Complaint in this matter, filed on January 3, 2008.

This correspondence shall confirm that you have agreed to accept service of same via regular mail. Please be guided accordingly.

Very truly yours,

MATTHEW S. SCHULTZ

MSS/ia
Enclosures
1916465-01