Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff,
Days Inns Worldwide, Inc.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA, INC., a Delaware Corporation, | Civil Action No.: 08cv0027 (VM) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JBS INC., II a South Carolina Corporation; JONATHAN B. SMITH, an individual; and MARCI SINGLETON SMITH, an individual, | |
| Defendants. | |

To:   Clerk of the United States District Court
      Southern District of New York - U.S. Courthouse
      500 Pearl Street, Room 120
      New York, New York 10007-1312

PLEASE TAKE NOTICE that Matthew S. Schultz of Connell Foley LLP hereby enters an appearance on behalf of plaintiff, DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA, INC., a Delaware Corporation, and requests that copies of all papers in this action be served upon the undersigned.

CONNELL FOLEY LLP

By:   _s/Matthew S. Schultz_
      Matthew S. Schultz

Dated: March 26, 2008

1930959-01