# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

PLEASE REPLY TO ROSELAND, N.J.

WRITER'S DIRECT DIAL

April 23, 2008

<u>**VIA FACSIMILE ONLY**</u>

The Honorable Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York - U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-08
```

Re: Days Inn Worldwide, Inc. v. JBS Inc., II, Jonathan B. Smith and Marci Singleton Smith
Index No. 08-CV-0027 (VM)

Dear Judge Marrero:

  As Your Honor is aware, we represent plaintiff, Days Inn Worldwide, Inc. ("DIW"), in connection with the above-referenced matter. To date none of the defendants have entered an appearance or otherwise responded to the Court's April 4, 2008 endorsed letter scheduling a conference for April 25, 2008 at 9:30 a.m. Pursuant to Your Honor's instruction, we have provided defendants with a copy of plaintiff's Request for Default under cover of letter sent via facsimile and regular mail on April 22, 2008. We have submitted plaintiff's Request for Default (filed via ECF on March 27, 2008) directly to the Clerk's office for execution of the Clerk's Certificate of Default and are awaiting a response from the Orders and Judgments Department.

  We have previously appeared before Your Honor on two occasions in this matter. Defendants did not appear, and we have no reason to believe they will appear for Friday's conference. Therefore, we respectfully request that the April 25, 2008 conference be adjourned

1939696-01

April 23, 2008
Page 2

and that plaintiff be permitted to file a Motion for Final Judgment by Default in accordance with Your Honor's individual practices, forthwith.

    Should Your Honor require anything further, we are available at the Court's convenience. Otherwise, we thank you for your time and attention to this matter.

                                   Respectfully submitted,

                                   Bryan P. Couch

BPC:MSS:lmv
cc:   J. Boone Aiken, III, Esq. (via facsimile)
      JBS, Inc. II (via regular mail)
      Marci Singleton Smith (via regular mail)

---

Request DENIED. The conference scheduled for 4-25-08 shall proceed. In the event defendants have not answered or do not appear at the conference, plaintiff may on that day file a motion for entry of final judgment by default.

SO ORDERED:

4-23-08
DATE     VICTOR MARRERO, U.S.D.J.

1939696-01