UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
DAYS INNS WORLDWIDE, INC., :
formerly known as DAYS INNS OF
AMERICA, INC., a Delaware Corporation, :
GmbH,
 :
              Plaintiff,     **08-CV-0027 (VM)**
 :
  -against-
 : **NOTICE OF APPEARANCE**

JBS INC., II, a South Carolina Corporation,
JONATHAN B. SMITH, an individual, and :
MARCI SINGLETON SMITH, an
individual, :

            Defendants. :
---------------------------------------------------------------- x

To:   Clerk of the United States District Court
       Southern District of New York – U.S. Courthouse
       500 Pearl Street, Room 120
       New York, New York 10007-1312

    PLEASE TAKE NOTICE that the undersigned counsel hereby appear on behalf of defendants JBS Inc., II, Jonathan B. Smith and Marci Singleton Smith, and request that copies of all papers in this proceeding be served upon the undersigned counsel at the address designated below.

Dated: New York, New York
        April 24, 2008

                                                    BEDELL & FORMAN LLP

                                                    By:   */s/ Jamie A. Forman*
                                                            Jamie A. Forman

                                                   44 Wall Street, 12th Floor
                                                   New York, New York 10005
                                                   (212) 461-2143

                                                   *Attorneys for Defendants*