```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DAYS INNS WORLDWIDE, INC., a         :
Delaware Corporation, formerly       :
known as Days Inns of America,       :
Inc.,                                :
                                     :
                Plaintiff,           :
                                     :    08 CIV 0027(VM)
                                     :
          - against -                :
                                     :        ORDER
JBS INC., II, a South Carolina       :
Corporation; JONATHAN B. SMITH,      :
an individual; and MARCI SINGLETON   :
SMITH, an individual,                :
                                     :
                Defendants.          :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08

**VICTOR MARRERO, United States District Judge.**

The Court having considered the Affidavit of Service submitted by counsel on behalf of the plaintiff in this action requesting reimbursement for fees and costs in connection with defendants' failure to appear at certain proceedings scheduled by the Court herein, it is hereby

**ORDERED** that defendants, JBS Inc., II, a South Carolina Corporation; Jonathan B. Smith, and Marci Singleton Smith, reimburse plaintiff, Days Inns Worldwide, Inc. ("DIW"), the sum of $932.13 representing fees and costs incurred by DIW in connection with defendants' failure to appear for a court ordered conference on April 4, 2008; and it is further

      **ORDERED** that a true copy of this Order shall be served upon all parties within seven (7) days of the entry thereof.

**SO ORDERED.**

DATED:    NEW YORK, NEW YORK
            7 May 2008

                                  _____
                                      Victor Marrero
                                        U.S.D.J.